GEORGE LEEFE, Plaintiff, and BETTY LEEFE, Appellant, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Respondent, et al., Defendant.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.